

# Fourth Court of Appeals
## San Antonio, Texas

February 20, 2019

No. 04-18-00473-CV

**IN THE INTEREST OF B.W.C., A CHILD**,

From the County Court, Jim Wells County, Texas
Trial Court No. 11-06-50160-CV
Honorable David A. Sanchez, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Patricia O. Alvarez, Justice
Liza A. Rodriguez, Justice

Appellant's motion for extension of time to file a motion for en banc reconsideration is GRANTED. The deadline to file appellant's motion for en banc reconsideration is extended to February 21, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court